966 A.2d 551

**In re Taurus HANDGUN**

**Petition of David Boniella.**

Supreme Court of Pennsylvania.

Feb. 24, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of February, 2009, the Petition for Allowance of Appeal and the Petition for Injunction are hereby **DENIED.**